```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                        :
BVM S.p.A IN LIQUIDAZIONE,                                              :
                                                                        :
                                 Plaintiff,                             :
                                                                        :            20-CV-6931 (JPC)
             -v-                                                        :
                                                                        :            ORDER
BVM USA MODA, INC.,                                                     :
                                                                        :
                                 Defendant.                             :
                                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 13, 2020, the Court ordered the parties to submit a joint letter updating the Court on the status of the case and a proposed case management plan and scheduling order by November 10, 2020. (Dkt. 8.) The parties failed to submit this letter to the Court. By November 18, 2020, it is hereby ORDERED that either (1) the parties must file on ECF the joint letter described in Dkt. 8 or (2) each party must submit a letter, of no more than five pages, showing cause why sanctions should not be imposed in light of the parties' failure to comply with the Court's Order of October 13, 2020.

Defendant's request to file a motion to dismiss is GRANTED. (Dkt. 9.) The parties shall submit a proposed briefing schedule by November 18, 2020.

The Initial Pretrial Conference scheduled for November 18, 2020 at 3:00 p.m. is adjourned *sine die*.

SO ORDERED.

Dated: November 16, 2020
       New York, New York

                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge