# CINOTTI LLP

ATTORNEYS–AT–LAW
11 BROADWAY, SUITE 368
NEW YORK, NEW YORK 10004
TEL: (212) 825-0489; FAX: (646) 478-9147
WWW.CINOTTILAW.COM

**New York ♦ Miami ♦ Los Angeles**

January 19, 2021

<u>Via ECF Filing; Electronic Mail</u>
Honorable Judge John P. Cronan
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

Re: <u>BVM S.p.A. in Liquidazione v. BVM USA Moda, Inc.
(Case No. 20-cv-6931- JPC)</u>

Dear Honorable Judge Cronan:

This law firm represents the Plaintiff in the above-referenced action. We hereby submit this letter, on the consent of all parties, to request a slight modification of the briefing schedule in connection with defendant's motion to dismiss due to personal matters that have arisen which are forcing me to be away from my office.

Plaintiff respectfully requests that its deadline to file opposition to the motion be extended from January 21, 2021 to February 1, 2021, and that Defendant's deadline to file reply papers be extended from February 1, 2021 to February 15, 2021.

Defendant had previously requested an extension of time to file its motion papers in a December 17, 2020 letter to the Court, which was granted. All parties have consented to this request.

We thank the Court for its time on behalf of the parties.

Respectfully submitted,

/s Adam M. Levy

Adam M. Levy,
*Of Counsel*

---

Plaintiff's request is GRANTED. Plaintiff shall file its opposition by February 1, 2021. Defendant shall file any reply by February 15, 2021.

SO ORDERED.

Date: January 19, 2021
New York, New York

JOHN P. CRONAN
United States District Judge