**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BVM S.p.A IN LIQUIDAZIONE,

                 Plaintiff,

-against-                            20 **CIVIL** 6931 (JPC)

                                                **JUDGMENT**

BVM USA MODA, INC.,

                 Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 20, 2021, BVM USA's motion to dismiss is granted on the basis of forum non conveniens because BVM Italy's claims are subject to the forum selection clause contained in the Sale Agreement; accordingly, the case is closed.

**Dated:**  New York, New York

       July 22, 2021

                                                                 **RUBY J. KRAJICK**
                                                                  **Clerk of Court**
                                      **BY:**      *K. Mango*
                                                                  **Deputy Clerk**